UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLGA AYALA,<br><br>                        Plaintiff,<br>  vs.<br><br>PINNACLE ASSET GROUP, LLC,<br>                        Defendant. | CASE NO. 13CV595-GPC(WMC)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED** *IN FORMA PAUPERIS*<br><br>[Dkt. No. 2.] |

     On May 13, 2013, Plaintiff, proceeding with counsel, filed a complaint asserting claims under the Fair Debt Collection Practices Act, and California's Rosenthal Fair Debt Collection Practices Act. (Dkt. No. 1.) Along with her Complaint, Plaintiff filed a motion to proceed *in forma pauperis*. (Dkt. No. 2.)

     All parties instituting any civil action, suit, or proceeding in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $350. See 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). See Rodriguez v. Cook, 169 F.3d 1176, 1177 (9th Cir. 1999). A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all of his or her assets, showing that he or she is unable to pay the fees. See 28 U.S.C. §1915(a).

1    In her Declaration, Plaintiff states she is currently unemployed, receives no income, and has assets totaling approximately $850. Plaintiff states her husband, whose net monthly income is $3,357, provides for Plaintiff's day-to-day expenses. Plaintiff states she has approximately $6,000 in debt, is making payments on a vehicle with $10,000 owed, and has household expenses totaling $3,716. Plaintiff also states her brother and two grandchildren are dependent on her for support; though, she does not state how much she contributes to their support. In sum, Plaintiff's household operates on a monthly deficit of $358. The Court finds that Plaintiff has sufficiently demonstrated she is unable to pay the required filing fee. Accordingly, the Court **GRANTS** Plaintiff's motion to proceed *in forma pauperis*.

   IT IS HEREBY ORDERED.

DATED: March 25, 2013

HON. GONZALO P. CURIEL
United States District Judge